AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Western District of Washington<br>700 Stewart Street<br>Seattle, WA 98101 |
|---|---|
| DOCKET NO. | DATE FILED<br>4/16/2021 | |

| PLAINTIFF<br>NINTENDO OF AMERICA INC. | DEFENDANT<br>GARY BOWSER |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA 2-197-776 | Yoshi's Crafted World | Nintendo of America Inc. |
| 2  PA 2-136-503 | Mario Tennis Aces | Nintendo of America Inc. |
| 3  PA 2-062-889 | Super Mario Odyssey | Nintendo of America Inc. |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

| 1) Upon initiation of action,<br>mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights | 3) Upon termination of action,<br>mail copy to Register of Copyrights |
|---|---|---|

**DISTRIBUTION:**

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

**Print**          **Save As...**          **Reset**