UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | NO. 2:21-cv-00519 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

This Disclosure Statement is filed on behalf of Plaintiff Nintendo of America Inc. ("Nintendo"). Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and W.D. Wash. Local Rule 7.1, Nintendo makes the following disclosures:

1. Nintendo is a wholly-owned subsidiary of Nintendo Co., Ltd., a publicly traded company organized under the laws of Japan.

2. No other publicly traded company owns more than 10% of Nintendo's stock.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 16th day of April, 2021.

Respectfully submitted,

| **GORDON TILDEN THOMAS & CORDELL LLP** | **JENNER & BLOCK LLP** |
|---|---|
| /s/ Michael Rosenberger | /s/ Alison I. Stein |
| Michael Rosenberger, WSBA #17730<br>One Union Square<br>600 University Street, Suite 2915<br>Seattle, WA 98101<br>Tel: (206) 467-6477<br>mrosenberger@gordontilden.com | Alison I. Stein (*Pro Hac Vice* Pending)<br>Cayman C. Mitchell (*Pro Hac Vice* Pending)*<br>919 Third Avenue, 38th Floor<br>New York, NY 10022<br>Tel: (212) 891-1600<br>Fax: (212) 891-1699<br>astein@jenner.com<br>cmitchell@jenner.com |
| | David R. Singer (*Pro Hac Vice* Pending)<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071<br>Tel: (213) 239-5100<br>dsinger@jenner.com |
| | *Attorneys for Plaintiff Nintendo of America Inc.* |
| | *\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the Partnership of Jenner & Block LLP* |