UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC.,<br><br>Plaintiff,<br><br>v.<br><br>GARY BOWSER,<br><br>Defendant. | NO. 2:21-cv-00519<br><br>PLAINTIFF'S NOTICE OF RELATED CASE |

Plaintiff Nintendo of America Inc. ("Nintendo") files this Notice of Related Case pursuant to W.D. Wash. Local Civil Rule 3(g). Nintendo identifies the following case as related (the "Related Case"): *United States v. Louarn et al.*, **No. 2:20-cr-00127-RSL (W.D. Wash)**. The presiding judge on the Related Case is the Honorable Robert S. Lasnik.

"An action is related to another when the actions: (A) concern substantially the same parties, property, transaction, or event; and (B) it appears likely that there will be an unduly burdensome duplication of labor and expense or the potential for conflicting results if the cases are conducted before different judges." W.D. Wash. Local Civil Rule 3(g).

PLAINTIFF'S NOTICE OF RELATED CASE - 1

**GORDON**
**TILDEN**
**THOMAS**
**CORDELL**

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

Nintendo identifies *U.S. v. Louarn* as related because the defendant in the above-captioned litigation, Gary Bowser, is also a defendant in the Related Case, and because both cases concern Gary Bowser's trafficking in devices that circumvent technological measures put into place by Nintendo to protect against access to and copying of its copyrighted works related to the Nintendo Switch console.  In the Related Case, Gary Bowser is charged with, *inter alia*, conspiracy to circumvent technological measures and to traffic in circumvention devices, and trafficking in circumvention devices, including the same circumvention devices at issue in this lawsuit.

PLAINTIFF'S NOTICE OF RELATED CASE - 2

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 19th day of April, 2021.

Respectfully submitted,

| **GORDON TILDEN THOMAS & CORDELL LLP** | **JENNER & BLOCK LLP** |
|---|---|
| */s/ Michael Rosenberger* <br> Michael Rosenberger, WSBA #17730 <br> One Union Square <br> 600 University Street, Suite 2915 <br> Seattle, WA 98101 <br> Tel: (206) 467-6477 <br> mrosenberger@gordontilden.com | */s/ Alison I. Stein* <br> Alison I. Stein (*Pro Hac Vice* Pending) <br> Cayman C. Mitchell (*Pro Hac Vice* Pending)* <br> 919 Third Avenue, 38th Floor <br> New York, NY 10022 <br> Tel: (212) 891-1600 <br> Fax: (212) 891-1699 <br> astein@jenner.com <br> cmitchell@jenner.com <br><br> David R. Singer (*Pro Hac Vice* Pending) <br> 633 West 5th Street, Suite 3600 <br> Los Angeles, CA 90071 <br> Tel: (213) 239-5100 <br> dsinger@jenner.com <br><br> *Attorneys for Plaintiff Nintendo of America Inc.* <br><br> *\*Admitted only in Massachusetts, not admitted in New York.  Practicing under the supervision of the Partnership of Jenner & Block LLP* |