

RETURN OF SERVICE

00584823\dm

STATE OF WASHINGTON )
                                ) ss.
COUNTY OF KING       )

NINTENDO OF AMERICA, INC`
vs.
GARY BOWSER

CAUSE #: 2:21-CV-00519 RSL
COURT: U.S. District Court

PROCESS: SUMMONS; COMPLAINT; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S NOTICE OF RELATED CASE

DATE RECEIVED: 4/21/2021
DATE SERVED: 4/22/2021 @ 10:10 AM
NAMED PARTY: **GARY BOWSER**

I, CLAY MINSHULL, AM A KING COUNTY DEPUTY, AUTHORIZED TO SERVE PROCESS.

I RECEIVED THE ABOVE NAMED PROCESS AND PERSONALLY SERVED SAID PROCESS ON THE NAMED PARTY, <u>GARY BOWSER</u>, ON THE DATE ABOVE SPECIFIED, A TRUE COPY

AT <u>FEDERAL DETENTION CENTER SEATAC, WA 98198</u>, KING COUNTY, STATE OF WASHINGTON.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

SHERIFF MITZI JOHANKNECHT
KING COUNTY SHERIFF'S OFFICE

SIGNED THIS 27th DAY OF April_____, 2021 IN SEATTLE, WASHINGTON.

BY _____
CLAY MINSHULL
KING COUNTY DEPUTY SHERIFF

SHERIFF'S FEES

Mileage ($15.00)
Return of Service ($28.00)
Service Fee ($36.00)
Total: $79.00

5/2015