THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | No. CV21-519-RSL <br><br> LIMITED NOTICE OF APPEARANCE OF COUNSEL |

NOTICE IS GIVEN that Federal Defender Michael Filipovic appears as counsel for Gary Bowser for the limited purpose of protecting Mr. Bowser's Fifth Amendment rights in *United States v. Louarn, et al.*, No. 2:20-cr-00127-RSL (W.D. Wash). Mr. Bowser is a named defendant in that criminal case. The plaintiff has noted that the criminal case is related to this civil case. Mr. Bowser is detained and does not have the funds to retain counsel in this case. It is requested that notice of all filings be served upon the undersigned.

DATED this 12th day of May 2021.

Respectfully submitted,

s/ *Michael Filipovic*
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
Michael_Filipovic@fd.org

LIMITED NOTICE OF APPEARANCE
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100