THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | No. CV21-519-RSL <br><br> UNOPPOSED MOTION TO EXTEND TIME TO ANSWER <br><br> Noted for May 12, 2021 |

Gary Bowser, through Federal Defender Michael Filipovic, respectfully requests an extension of the time to file an answer to the complaint to June 11, 2021. Counsel for the plaintiff do not object to this request.

In support of this motion, the Court is requested to consider:

1. Mr. Bowser is presently facing criminal charges in this related criminal case: *United States v. Louarn, et al.*, No. 2:20-cr-00127-RSL (W.D. Wash).

2. Mr. Bowser is detained and has not retained counsel with respect to the merits of this civil lawsuit. Therefore, he will need additional time to determine whether to file an answer, and if so to draft that answer and file it.

3. Undersigned counsel for Mr. Bowser is appearing in a limited capacity to protect Mr. Boswer's Fifth Amendment rights in his criminal case. Undersigned counsel needs additional time to meet and consult with Mr. Bowser to discuss the Fifth

UNOPPOSED MOTION TO EXTEND
TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Amendment implications of any answer he may file to the complaint.

DATED this 12th day of May 2021.

    Respectfully submitted,

    s/ *Michael Filipovic*
    Federal Public Defender
    Attorney for Gary Bowser (on a limited basis)

UNOPPOSED MOTION TO EXTEND
TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100