THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | No. CV21-519-RSL <br><br> SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER <br><br> Noted for June 11, 2021 |

Gary Bowser, through Federal Defender Michael Filipovic, respectfully requests a second extension of the time to file an answer to the complaint to August 16, 2021. Counsel for the plaintiff do not object to this request.

In support of this motion, the Court is requested to consider:

1. Mr. Bowser is presently facing criminal charges in this related criminal case: *United States v. Louarn, et al.*, No. 2:20-cr-00127-RSL (W.D. Wash). That case is currently scheduled for trial on July 26, 2021, but the government and the defendant will be filing a joint motion to continue the trial date in the criminal case.

2. Mr. Bowser is detained and has not retained counsel with respect to the merits of this civil lawsuit. Undersigned counsel has had preliminary discussions with Mr. Bowser concerning the Fifth Amendment implications of answering the civil complaint, but needs additional time to determine whether to file an answer, and if so to draft that answer and file it.

SECOND UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

3. Undersigned counsel for Mr. Bowser is appearing in a limited capacity to protect Mr. Boswer's Fifth Amendment rights in his criminal case.

DATED this 11th day of June, 2021.

Respectfully submitted,

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Gary Bowser (on a limited basis)

SECOND UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100