THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| NINTENDO OF AMERICA INC., | ) | No. CV21-519-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER |
| GARY BOWSER, | ) | |
| Defendant. | ) | |

THE COURT has considered the second unopposed motion to extend the time for Mr. Bowser to answer the complaint to August 16, 2021.

IT IS NOW ORDERED that an answer to the complaint is due by August 16, 2021.

DONE this 14th day of June, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Gary Bowser (on a limited basis)

ORDER TO EXTEND TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100