THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | No. CV21-519-RSL <br><br> THIRD UNOPPOSED MOTION TO EXTEND TIME TO ANSWER <br><br> Noted for August 13, 2021 |

Gary Bowser, through Federal Defender Michael Filipovic, respectfully requests a third extension of the time to file an answer to the complaint to October 18, 2021. Counsel for the plaintiff do not object to this request.

In support of this motion, the Court is requested to consider:

1. Mr. Bowser is presently facing criminal charges in this related criminal case: *United States v. Louarn, et al.*, No. 2:20-cr-00127-RSL (W.D. Wash). That case is currently scheduled for trial on November 15, 2021.

2. Mr. Bowser is detained and has not retained counsel with respect to the merits of this civil lawsuit. Undersigned counsel has had ongoing discussions with Mr. Bowser concerning the Fifth Amendment implications of answering the civil complaint, but needs additional time to determine whether to file an answer, and if so to draft that answer and file it.

THIRD UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

3.   Undersigned counsel for Mr. Bowser is appearing in a limited capacity to protect Mr. Boswer's Fifth Amendment rights in his criminal case.

DATED this 13th day of August 2021.

          Respectfully submitted,

          s/ *Michael Filipovic*
          Federal Public Defender
          Attorney for Gary Bowser (on a limited basis)

THIRD UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100