THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | No. CV21-519-RSL <br><br> ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND TIME TO ANSWER |

THE COURT has considered the third unopposed motion to extend the time for Mr. Bowser to answer the complaint to October 18, 2021.

IT IS NOW ORDERED that an answer to the complaint is due by October 18, 2021.

DONE this 17th day of August 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Gary Bowser (on a limited basis)

ORDER TO EXTEND TIME TO ANSWER
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100