# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY BOWSER, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: C21-519RSL |

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff is hereby awarded judgment against Defendant in the amount of US$10,000,000.00.

Dated this 7th day of December, 2021.

RAVI SUBRAMANIAN,
Clerk of the Court

By: _/s/ Laura Hobbs_
Deputy Clerk