THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., | No. CV21-519-RSL |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| GARY BOWSER, | |
| Defendant. | |

NOTICE IS GIVEN that Federal Defender Michael Filipovic withdraws as counsel for Gary Bowser.

DATED this 14th day of February 2022.

Respectfully submitted,

s/ *Michael Filipovic*
Federal Public Defender

NOTICE OF WITHDRAWAL OF COUNSEL
(*Nintendo v. Bowser*, CV21-519-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**